FILED

11/01/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0247

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0247

_____

BILLY ANN MERILA,

      Plaintiff and Appellee,

  v.                          O R D E R

DANIEL BRIAN BURKE,

      Defendant and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Jason Marks, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 1 2023